**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY DALE, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY, on behalf of themselves and all others similarly situated,<br><br>Movants,<br><br>v.<br><br>EDWARD E. MCNALLY,<br><br>Respondent. | Case No.<br><br>Underlying action pending in the United States District Court for the Northern District of Illinois, *Dale v. T-Mobile US, Inc.*, Case No. 1:22-cv-03189. |

**MOVANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NONPARTY EDWARD E. MCNALLY**

Movants, plaintiffs in the underlying action, *Dale v. T-Mobile US, Inc.*, Case No. 1:22-cv-03189 (N.D. Ill.), by and through undersigned counsel, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 26 and 45, for an order compelling nonparty Edward E. McNally to produce monthly reports within Mr. McNally's possession, custody, or control that were prepared January 2020 through the present by the Monitoring Trustee appointed in *United States v. Deutsche Telekom AG*, No. 1:19-cv-02232 (D.D.C.). The grounds for this Motion are set forth in the accompanying Memorandum of Law, the Declaration of Jeremy Gradwohl, and the exhibits thereto, submitted herewith.

WHEREFORE, Movants respectfully request that the Court grant this Motion and enter the accompanying proposed order.

Dated: July 22, 2026

Respectfully submitted,

*/s/ Jeremy Gradwohl*
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-5801
jgradwohl@bergermontague.com

Kyla Gibboney (*pro hac vice* forthcoming)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 689-9292
kgibboney@bergermontague.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (267) 702-2318
gsmith@hausfeld.com

Daniel P. Margolskee
**HAUSFELD LLP**
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Phone: (215) 985-3270
dmargolskee@hausfeld.com

Shana R. Herman
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, D.C. 20036
Phone: (202) 540-7200
sherman@hausfeld.com

*Counsel for Movants Anthony Dale, Johnna Fox, Benjamin Borrowman, Ann Lambert, Robert Anderson, and Chad Hohenbery*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I caused true and correct copies of the foregoing Motion to Compel Compliance with Subpoena to Nonparty Edward E. McNally, the accompanying Memorandum of Law, the Declaration of Jeremy Gradwohl, and the exhibits thereto, to be served on counsel for Edward E. McNally via Overnight Federal Express and email.

Sarah G. Leivick
Jillian R. Roffer
Kasowitz LLP
1633 Broadway
New York, NY 10019
sleivick@kasowitz.com
jroffer@kasowitz.com

*/s/ Jeremy Gradwohl*